| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 0862 5:10CR04058-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 4:23-CR-00075-01-BP |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: JAMES MILLER | DISTRICT Northern District of Iowa | DIVISION Western |
|---|---|---|
| | NAME OF SENTENCING JUDGE Mark W. Bennett | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 8/26/2021 — TO 8/25/2033 |

OFFENSE: Count 1: Conspiracy to Distribute Cocaine Base Following a Felony Drug Conviction; Count 3: Distribution and Aiding and Abetting the Distribution of Cocaine Base Within 1,000 Feet of a Protected Location Following a Felony Drug Conviction

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the sentencing Court to the United States District Court accepting jurisdiction of this case upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

4/4/23
Date

/s/ [signature]
United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 11, 2023
Effective Date

/s/ Beth Phillips
United States District Judge